UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. _____

|  |  |
|---|---|
| TIMOTHY HILLS <br> Plaintiff | * <br> * <br> * |
| v. | * <br> * |
| TOWN OF STOUGHTON <br> Defendant | * <br> * <br> * |

## NOTICE OF APPEARANCE

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Please enter my appearance as counsel for Defendant, Town of Stoughton, in the above-captioned action.

DEFENDANT <br>
TOWN OF STOUGHTON <br>
By its Attorneys, <br><br>
WYNN & WYNN, P.C. <br><br>
_____ <br>
Charles D. Mulcahy <br>
90 New State Highway <br>
Raynham, MA  02767 <br>
(508) 823-4567 <br>
BBO #359360

March 14, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 14, 2005.

_____
Charles D. Mulcahy, Esquire