UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: 05-CV-10488-JLA

| | |
|---|---|
| TIMOTHY HILLS,          ) | |
|      Plaintiff,              ) | |
|                                  ) | |
| VS.                           ) | |
|                                  ) | |
| TOWN OF STOUGHTON ) | |
|      Defendant.           ) | |
|                                  ) | |

## NOTICE OF APPEARANCE

**NOW COMES THE UNDERSIGNED COUNSEL** and respectfully requests the Clerk of this Honorable Court to enter her appearance as counsel on behalf of the Plaintiffs in the above-captioned action.

Respectfully Submitted,

On Behalf of the Plaintiff,

By His Attorneys,

COLUCCI, COLUCCI & MARCUS, P.C.

/s/ Sarah F. Jubinville_____
Sarah F. Jubinville
BBO#662238
552 Adams Street
Milton, MA 02186
(617) 698-6000
sjubinville@coluccilaw.com

Dated:  August 30, 2005