UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 05-CV-10488-JLA

| | |
|---|---|
| _____ | * |
| TIMOTHY HILLS | * |
|     Plaintiff | * |
| | * |
| v. | * |
| | * |
| TOWN OF STOUGHTON | * |
|     Defendant | * |
| _____ | * |

## JOINT MOTION TO CONTINUE PRE-TRIAL

Now come the parties and respectfully request that the Court continue the Pre-Trial scheduled for Wednesday, October 5, 2005.

In support of said Motion, the parties suggest that the Plaintiff has recently filed a Motion to Amend the Complaint to add two individual defendants and at this time counsel for the individual defendants has not filed his or her Appearance or Answer.

At this time it would be premature to have a pre-trial conference without the attorney representing the individual defendants present and it would be impossible to determine who would prepare the voluntary disclosures.

    Respectfully submitted,
    Plaintiff, Timothy Hills
    By his Attorneys,

    COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C.

    /s/ Sarah F. Jubinville
    Sarah F. Jubinville
    BBO#662238
    552 Adams Street
    Milton, MA 02186
    (617) 698-6000
    sjubinville@coluccilaw.com

    Respectfully submitted,
    Defendant, Town of Stoughton
    By its Attorneys,

        WYNN & WYNN, P.C.


        <u>/s/ Charles D. Mulcahy</u>
        Charles D. Mulcahy
        BBO #359360
        Wynn and Wynn, P.C.
        90 New State Highway
        Raynham, MA 02767
        (508) 823-4567
        cmulcahy@wynnandwynn.com

Dated: September 22, 2005