```
                                                        FILED
                                                     In Open Court
                                                     USDC, Mass.
                                                     Date 11/21/05
                                                     By [signature]
                                                       Deputy Clerk
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: 05-CV-10488-JLA

TIMOTHY HILLS, )
  Plaintiff )
 )
vs. )
 )
TOWN OF STOUGHTON, DAVID )
M. COHEN, INDIVIDUALLY, AND )
MANUEL CACHOPA, INDIVIDUALLY, )
  Defendants )
 )

## PLAINTIFF'S CERTIFICATION PURSUANT TO RULE 16.1(3)

The undersigned hereby certify that they have conferred regarding the establishment of a budget for the costs of conducting the full course, along with alternative courses, of this litigation. The plaintiff has agreed to participate in any alternative dispute resolution the parties agree to engage in.

Respectfully submitted,

COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C.

_____
Dino M. Colucci, Esq., BBO#552331
552 Adams Street
Milton, MA 02186
(617) 698-6000

_____
Timothy Hills, Plaintiff

Dated: November 18, 2005

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262