UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10488-JLA

| | |
|---|---|
| TIMOTHY HILLS<br>    Plaintiff | *<br>*<br>*<br>* |
| V. | *<br>* |
| TOWN OF STOUGHTON<br>    Defendant | *<br>*<br>* |

**CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)**

I, Gerard Hosman, Claims Examiner, Guaranty Fund Management Services, insurer of the Town of Stoughton, certify that I have conferred with my counsel and discussed the establishment of a budget for the course of the litigation in the above captioned matter, as well as the consideration of the resolution of litigation through alternative dispute resolution.

/s/ Gerard Hosman
Gerard Hosman, Claims Examiner
Guaranty Fund Management
Services

Respectfully submitted,
Defendant, Town of Stoughton
By its Attorneys,

WYNN & WYNN, P.C.

/s/ Charles D. Mulcahy
Charles D. Mulcahy, Esquire
BBO#359360
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA 02767
(508) 823-4567

Dated: December 19, 2005