AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Timothy Hills

V.

Town of Stoughton,
David M. Cohen and
Manuel Cachopa

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-CV-10488-JLA

TO: (Name and address of Defendant)

David M. Cohen
115 Eagle Rock Road
Stoughton, MA 02072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dino M. Colucci, Esq.
Colucci, Colucci, Marcus & Flavin, P.C.
552 Adams Street
Milton, MA 02186
(617) 698-6000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE

NOV 17 2005

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*                                                                        November 28, 2005

I hereby certify and return that on 11/22/2005 at 9:23AM I served a true and attested copy of the summons and complaint and jury demand, tracking order and amended complaint and demand in this action in the following manner: To wit, by leaving at the last and usual place of abode of David M Cohen, 115 Eagle Rock Road Stoughton MA 02072 and by mailing first class mail to the above-mentioned address on 11/22/2005. Basic Service Fee ($20.00), Copies-Attestation ($10.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

Deputy Sheriff James E. Riggs

*/s/ James Riggs*
*Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                           Signature of Server

                                          _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.