| | |
|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS |
| | Civil Action Number: 2005 CV 10488 JLA |

TIMOTHY HILLS,   )
                                )
    Plaintiff                 )
                                )
                                )
vs.                               )

TOWN OF STOUGHTON,
DAVID M. COHEN, Individually and
MANUEL CACHOPA, Individually

    Defendants

### DEFENDANT, DAVID M. COHEN'S. MOTION TO CONTINUE STATUS CONFERENCE

The defendant, David M. Cohen moves this court to reschedule the status conference from March 8, 2006 to March 28, 2006 at 2:00 p.m. As reasons therefore, counsel for defendant states that he is scheduled to start trial at the Plymouth Superior Court on the matter of **Wolk v. Town of Plympton**, Civil Action Number PLCV1999-01537. Additionally, all counsel in this matter have agreed on the new date of March 28, 2006.

                                                 /s/ John F. Gleavy

                                                 _____
                                                 Stephen M.A. Woodworth, BBO 534 330
                                                 John F. Gleavy, BBO 636 888
                                                 Lynch & Lynch
                                                 45 Bristol Drive
                                                 South Easton, MA 02375
                                                 (508) 230-2500

                                                 Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                 /s/ John F. Gleavy
                                                 _____
                                                 John F. Gleavy