L128-0793570.DOC
UNITED STATES DISTRICT COURT                    DISTRICT OF MASSACHUSETTS
                                                Civil Action Number:  2005 CV 10488 JLA

| | |
|---|---|
| TIMOTHY HILLS, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
|  | ) |
| vs. | ) |

TOWN OF STOUGHTON,
DAVID M. COHEN, Individually and
MANUEL CACHOPA, Individually

    Defendants

## DEFENDANT, DAVID M. COHEN'S. MOTION FOR PROTECTIVE ORDER

The defendant David Cohen moves this court to issue a protective order prohibiting discovery, admissions or depositions that requires the defendant, David Cohen, to personally respond.

As grounds for this motion, the defendant states that he is the subject of an ongoing criminal prosecution and such an order is necessary to protect his 5th Amendment rights.

In further support of this motion, the defendant attaches a memorandum hereto.

        /s/ John F. Gleavy

_____
Stephen M.A. Woodworth, BBO 534 330
John F. Gleavy, BBO 636 888
Attorney for Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500