AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

**APPEARANCE**

Case Number: 1:05-CV-10488

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Hills v. Town of Stoughton

I certify that I am admitted to practice in this court.

7-20-06
Date

Signature

Print Name: Raymond C. Pelote
Wynn & Wynn, P.C.
Bar Number: 655475

Address: 90 New State Highway

City: Raynham   State: MA   Zip Code: 02767

Phone Number: (508) 823-4567

Fax Number: