UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: 05-CV-10488-JLA

_____
TIMOTHY HILLS,                               )
    Plaintiff,                                  )
vs.                                                      )
                                                             )
TOWN OF STOUGHTON, DAVID       )
M. COHEN, INDIVIDUALLY, AND     )
MANUEL CACHOPA, INDIVIDUALLY, )
  Defendants                                    )
_____)

**<u>IDENTIFICATION OF PLAINTIFF'S EXPERT WITNESS</u>**

NOW come the Plaintiff, Timothy Hills, and states that no expert witnesses have yet been obtained in regards to this litigation, however, the plaintiff reserves the right to obtain and name an expert witness, should it become evident through discovery that an expert is necessary.

        Respectfully submitted,

        On Behalf of the Plaintiff,

        Timothy Hills,

        By his Attorneys,

        COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C.

        /s/ Sarah F. Jubinville
        Sarah F. Jubinville, BBO#662238
        424 Adams Street
        Milton, MA 02186
        (617) 698-6000
        (617) 698-3001 (fax)

Dated: October 4, 2006