UNITED STATES DISTRICT COURT         DISTRICT OF MASSACHUSETTS
                                     Civil Action Number:  2005 CV 10488 JLA

TIMOTHY HILLS,                    )
                                  )
    Plaintiff                     )
                                  )
                                  )
vs.                               )
                                  )
TOWN OF STOUGHTON,                )
DAVID M. COHEN, Individually and  )
MANUEL CACHOPA, Individually      )

    Defendants

## JOINT MOTION TO EXTEND THE TRACKING ORDER

Now come the parties in the above-entitled action and move this court to amend the tracking order and extend the discovery deadline and reschedule the status conference from October 24, 2006 to a date after February 28, 2007 so that the parties may complete discovery on this file.  As grounds for this motion, the defendants state that criminal charges are currently pending against the two defendants and the criminal trials are scheduled to begin on or about February, 2007.

Attached please find a memorandum in support of this motion.

/s/ Sarah F. Jubinville
_____
Sarah F. Jubinville  BBO 662 238
Colucci, Colucci, Marcus & Flavin, P.C.
552 Adams Street
Milton, MA   02186
(617) 698 02186
Attorney for Plaintiff

/s/ Charles D. Mulcahy
_____
Charles D. Mulcahy, BBO 359 360
Wynn & Wynn
Attorney for Town of Stoughton
and Manuel Cachopa
90 New State Highway
Raynham, MA  02767
(508) 823-4567


/s/ John F. Gleavy
_____
Stephen M.A. Woodworth, BBO 534 330
John F. Gleavy, BBO 636 888
Attorney for David M. Cohen
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500