UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10488-JLA

TIMOTHY HILLS, )
    Plaintiff )
)
vs. )
)
TOWN OF STOUGHTON, )
DAVID M. COHEN, INDIVIDUALLY AND, )
MANUEL CACHOPA, INDIVIDUALLY )
    Defendants )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for the defendant, Manuel Cachopa, in the above-entitled action.

Respectfully submitted,
Manuel Cachopa,
By its attorney

/s/: Miriam H. Gordon
_____
Miriam H. Gordon, BBO# 653997
Mitchell & DeSimone
99 Summer Street
Boston, Massachusetts 02110
(617) 737-8300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served electronically through the ECF system to the registered participants as identified on the Notice of Electronic Filing on October 17, 2006 and that paper copies were sent to those indicated as non-registered participants on October 17, 2006

/s/: Miriam H. Gordon

_____

Miriam H. Gordon