UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: 05-CV-10488-JLA

_____
| | |
|---|---|
| TIMOTHY HILLS, | ) |
|   Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| TOWN OF STOUGHTON, DAVID | ) |
| M. COHEN, INDIVIDUALLY, AND | ) |
| MANUEL CACHOPA, INDIVIDUALLY, | ) |
|   Defendants | ) |
| _____) | |

## NOTICE OF APPEARANCE

**NOW COMES THE UNDERSIGNED COUNSEL** and respectfully requests the Clerk of this Honorable Court to enter her appearance as counsel on behalf of the Plaintiff, Timothy Hills, in the above-captioned action.

Respectfully Submitted,

COLUCCI, COLUCCI, MARCUS & FLAVIN, P.C.

/s/ Sarah F. Jubinville
BBO# 662238
424 Adams Street
Milton, MA 02186
(617) 698-6000

Dated:  October 23, 2006