**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION No.: 05-CV-10488-JLA

| | |
|---|---|
| TIMOTHY HILLS, | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| TOWN OF STOUGHTON, | ) |
| DAVID M. COHEN, Individually and | ) |
| MANUEL CACHOPA, Individually | ) |
|     Defendant. | ) |
| | ) |

## JOINT MOTION BY ALL PARTIES TO EXTEND THE TRACKING ORDER

NOW comes the parties in the above-entitled action and respectfully moves this Honorable Court to amend the tacking order and extend the discovery deadline so that the parties involved can complete discovery in this matter. A status conference is scheduled with the Court for next week, March 15, 2007 and the parties are set to appear on that date to update the Court on the status of this case.

Again, as grounds for this motion, the plaintiff would remind the Court that criminal charges are pending against the individual defendants, who have essentially all of the knowledge concerning the facts of this case, and recently it has been discovered that the criminal trials may have been rescheduled for sometime in April of 2007.

Attached please find a memorandum in support of this motion.

/s/ Sarah F. Jubinville_____
Sarah F. Jubinville, BBO#662238
Attorney for Plaintiff, Timothy Hills
Colucci, Colucci, Marcus & Flavin, P.C.
424 Adams Street
Milton, MA 02186
(617) 698-6000
sjubinville@coluccilaw.com

/s/ Miriam H. Gordon
John C. DeSimone, BBO#550142
Miriam H. Gordon, BBO#653997
Attorney for Manuel Cachopa
Mitchell & DeSimone
99 Summer Street
Boston, MA 02110
(617) 737-8300

/s/ Charles D. Mulcahy
Charles D. Mulcahy, BBO#359360
Wynn & Wynn
Attorney for Town of Stoughton
And Manuel Cachopa
90 New State Highway
Raynham, MA 02767
(508) 823-4567

/s/ John F. Gleavy
Stephen M.A. Woodworth, BBO#534330
John F. Gleavy, BBO#636888
Attorney for David M. Cohen
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

Dated:  March 9, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: 05-CV-10488-JLA

| | |
|---|---|
| TIMOTHY HILLS, | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| TOWN OF STOUGHTON, | ) |
| DAVID M. COHEN, Individually and | ) |
| MANUEL CACHOPA, Individually | ) |
|     Defendant. | ) |
| | ) |

## MEMORANDUM IN SUPPORT OF JOINT MOTION BY ALL PARTIES TO EXTEND THE TRACKING ORDER

The Plaintiff in this matter, Mr. Hills, filed a Verified Complaint in Norfolk Superior Court on December 9, 2004 alleging civil rights violations, harassment, false imprisonment, infliction of emotional distress, assault, battery, invasion of privacy and deceit and fraud in connection with incidents that occurred in April of 2002. The original Complaint was filed against the Town of Stoughton and was removed to the United States District Court soon thereafter by the town. The Plaintiff amended his Complaint on or about September 13, 2005 to include David M. Cohen and Manuel Cachopa, individually. Since that date, the two individual defendants have retained counsel, one of whom has recently become involved in the case on behalf of Manuel Cachopa.

As the Court is aware, the factual allegations surrounding this matter are also the subject of a criminal case involving the two individual defendants. The Attorney General's office assigned a special prosecutor to investigate the criminal allegations

against these defendants. Both David M. Cohen and Manuel Cachopa have been indicted in Norfolk Superior Court and these criminal cases are still pending. Previously, these criminal trials were scheduled to take place in February of 2007 and now it appears that these cases may proceed to trial in April of 2007.

In light of the criminal proceedings, this Court issued a protective order for the two individual defendants prohibiting them from responding to discovery or testifying in a deposition in this civil matter. In addition, the parties have agreed that the plaintiff need not respond to discovery requests of the individual defendants until the criminal matters are resolved and all parties can engage in a meaningful discovery process.

## ARGUMENT

Due to the individual defendants' pending criminal cases in Norfolk Superior Court, they have asserted their Fifth Amendment privilege against self-incrimination, which is well within their right. However, due to the delay of the criminal trials, the Plaintiff has been unable to conduct any discovery vise-a-vie these defendants and it is the plaintiff's position that they possess nearly all the factual information surrounding the allegations made by the plaintiff. In addition, counsel for the individual defendants in this case have been unable to even meet or have any meaningful discussions with their clients concerning these allegations because the same set of facts are part of the pending criminal cases. Lastly, this Court has issued a protective order for both Mr. Cohen and Mr. Cachopa so that they do not have to engage in or provide discovery in this matter until the underlying criminal cases are resolved.

It is the position of all parties involved in the instant case that the right to conduct discovery not be hindered or precluded because of this underlying criminal matter. As such, the parties state that discovery has not been completed in this matter and has been stayed pending the outcome of the underlying criminal cases of Mr. Cohen and Mr. Cachopa. In addition, no parties will be prejudiced by amending the tracking order and all parties assent to the within motion.

WHEREFORE, the parties respectfully request that the tracking order in this matter be amended and the discovery deadline be extended and/or stayed pending the outcome of the underlying criminal matters connected to this case.

/s/ Sarah F. Jubinville
Sarah F. Jubinville, BBO#662238
Attorney for Plaintiff, Timothy Hills
Colucci, Colucci, Marcus & Flavin, P.C.
424 Adams Street
Milton, MA 02186
(617) 698-6000
sjubinville@coluccilaw.com

/s/ Miriam H. Gordon
John C. DeSimone, BBO#550142
Miriam H. Gordon, BBO#653997
Attorney for Manuel Cachopa
Mitchell & DeSimone
99 Summer Street
Boston, MA 02110
(617) 737-8300

/s/ Charles D. Mulcahy
Charles D. Mulcahy, BBO#359360
Wynn & Wynn
Attorney for Town of Stoughton
And Manuel Cachopa
90 New State Highway
Raynham, MA 02767
(508) 823-4567

/s/ John F. Gleavy
Stephen M.A. Woodworth, BBO#534330
John F. Gleavy, BBO#636888
Attorney for David M. Cohen
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

Dated:  March 9, 2007

**CERTIFICATE OF SERVICE**

    I, Sarah F. Jubinville, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

                                                /s/ Sarah F. Jubinville
                                                Sarah F. Jubinville
                                                BBO#662238
                                                552 Adams Street
                                                Milton, MA 02186
                                                (617) 698-6000
                                                sjubinville@coluccilaw.com

Dated: March 9, 2007