# Law Office of Isaac H. Peres

50 Congress Street
Boston, Massachusetts 02109
Phone (617) 722-0094
Fax (617) 367-8840

July 2, 2007

**BY ELECTRONIC FILING**

Honorable Joyce London Alexander
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Court House
1 Courthouse Way, Suite 2003
Boston, MA 02210

    Re:   <u>Timothy Hills v. Town of Stoughton, et al.</u>, C.A. No. 04-10488-JLA

Dear Magistrate Alexander:

    I would like to bring to your attention a Preliminary Injunction which has been issued in favor of my client, Horst Kleinbauer, by the Norfolk County Superior Court. Mr. Kleinbauer is a judgment creditor of Timothy Hills, the Plaintiff in the above-mentioned case.

    The Preliminary Injunction (which is annexed hereto) precludes the Defendants in the above-mentioned case from making any monetary payment to Mr. Hills pursuant to a Judgment entered by this Court or a settlement agreement between the parties.

    Thank you for your attention to this matter.

    Sincerely,

    /s/ Isaac H. Peres

    Isaac H. Peres

# COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                                                         SUPERIOR COURT
                                                                                              CIVIL ACTION

                                                                                              NO. 07-646

Horst Kleinbaver, Plaintiff(s)

v.

Timothy Hills, et al. Defendant(s)

## INTERLOCUTORY ORDER ON PRELIMINARY INJUNCTION

This action came on to be further heard at this sitting upon the return of an order of notice to show cause why the application for a preliminary injunction should not be granted, and was argued by counsel; and thereupon, upon consideration thereof, it is ORDERED and ADJUDGED ~~that upon payment to the clerk of the sum of $5.00~~ the application under the 1st prayers of the Complaint hereby is granted, and the defendant, Town of Stoughton, David M. Cohen, and Manuel Cachopa and their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this by personal or other are enjoined and restrained from paying to or otherwise disposing of any monies due to the Defendant, Timothy A. Hills, pursuant to a settlement or the entry of a Judgment in Hills' favor in United States District Court for the District of Massachusetts, C.A. No. 05-10488-JLA

until further order of Court.

                                By the Court (Connors,                                           J.)

Entered May 1, 2007                                                            Nancy J. Delaney
                                                                                            Assistant Clerk

A TRUE COPY
Attest: [signature] 5/2/07
Assistant Clerk

F-43