UNITED STATES DISTRICT COURT        DISTRICT OF MASSACHUSETTS
                                    Civil Action Number: 2005 CV 10488 JLA

TIMOTHY HILLS,                  )
                                )
    Plaintiff                   )
                                )
                                )
vs.                             )
                                )
TOWN OF STOUGHTON,
DAVID M. COHEN, Individually and
MANUEL CACHOPA, Individually

    Defendants

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties jointly move this court to continue the status conference scheduled for December 20, 2007 to a date in late March 2008. As grounds for this motion, the parties state as follows:

1. Discovery in this matter has been stayed pending the outcome of the criminal trials of the defendants Manuel Cachopa and David Cohen.

2. A status hearing for defendant Manuel Cachopa's trial in the Norfolk Superior Court is being scheduled for late February 2008.

3. Defendant David Cohen is currently appealing the outcome of his criminal trial.

4. Due to the pending criminal matters and potential Fifth Amendment privilege concerns, the court issued a protective order for the defendants.

5. The parties agreed the plaintiff need not respond to discovery until the criminal matters are resolved.

6. The parties agree that the matter should be stayed pending the outcome of the criminal matters.

Wherefore, the parties request this court reschedule the status conference in this matter for some date in late March 2008.

/s/ Sarah F. Jubinville

---

Sarah F. Jubinville, BBO # 662238
Colucci, Colucci, Marcus & Flavin, P.C.
552 Adams Street
Milton, MA  02186
(617) 698 6000
Attorney for plaintiff, Timothy Hills

/s/ John F. Gleavy

---

Stephen M.A. Woodworth, BBO # 534 330
John F. Gleavy, BBO  # 636 888
Attorney for Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500
Attorney for defendant, David M. Cohen

/s/ Charles D. Mulcahy

---

Charles D. Mulcahy, BBO # 359 360
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA  02767
(508) 823-4567
Attorney for defendant, Town of Stoughton

/s/ John C. DeSimone

---

John C. DeSimone, BBO # 550 142
Mitchell & DeSimone
99 Summer Street
Boston, MA  02110
(617) 737-8300
Attorney for defendant Manuel Cachopa