# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: 05-CV-10488-JLA

_____
TIMOTHY HILLS,                                )
  Plaintiff                                  )
                                   )
vs.                                                     )
                                   )
TOWN OF STOUGHTON, DAVID          )
M. COHEN, INDIVIDUALLY, AND       )
MANUEL CACHOPA, INDIVIDUALLY,  )
  Defendants                               )
_____)

### Notice of Attorney's Lien Pursuant to M.G.L. Chapter 221, Section 50

      I, Sarah F. Jubinville, an associate of the law firm of Colucci, Colucci, Marcus & Flavin, P.C., is a practicing attorney and member of the Massachusetts bar, of Milton, Massachusetts, hereby gives notice that she claims a lien for her reasonable fees and expenses upon client, Timothy Hills, of Lowell, County of Middlesex, and upon any and all proceeds that may be recovered, whether by a judgment or settlement, in the matter of Timothy Hills v. Town of Stoughton, et al., Civil Action No. 1:05-cv-10488.  Specifically, Sarah F. Jubinville gives notice that she has a lien for 1/3 of the settlement proceeds, plus costs, as agreed to in the Contingent Fee Agreement signed by the client, Mr. Hills, and not disputed by him presently.  The lien relates back in time to the filing of the original complaint by Dino M. Colucci, Esq., in Norfolk Superior Court on December 9, 2004.

Respectfully Submitted,

/s/ Sarah F. Jubinville
Sarah F. Jubinville, BBO#662238
424 Adams Street
Milton, MA 02186
(617) 698-6000
sjubinville@coluccilaw.com

Dated: November 3, 2009